# AFFIDAVIT

I, <u>Samuel Lloyd</u>, Reg No.#62640-019, do hereby state and despose, being of sound body and mind, that I have requested of my previous Counsel, Hon. Paul G. Watson, 5224 Willow Oak Rd., Eastville, VA., 23347, that all my documents, motions, statements, 302's, and any other Forms in his possession relating to my conviction under Case No. 2:11-CR-36-001, by service of this Affidavit, be sent to Appellate Counsel, Hon. Lance Hamm, 1200 Rothwell St., Houston, TX., 77002.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Samuel Lloyd #62640-019

## NOTARY

SUBCRIBED and SWORN to before my by, <u>Samuel Lloyd</u>, this <u>20</u> day of <u>March</u>, 2014.

_____ 422087
NOTARY PUBLIC/STATE AT LARGE

**My Commission Expires:**

<u>6-27-2014</u>

cc: United States District Court
    Eastern District of Virginia
    600 Granby Street
    Norfolk, VA., 23510

Poyolto - Kentucky

⟡62640-019⟡
Samuel Lloyd
PO BOX 14500.
Lexington, KY 40512-4500
United States

LEGAL MAIL

LEXINGTON KY 405
20 MAR 2024 PM 3 L

U.S MARSHALS
INSPECTED

⟡62640-019⟡
United States
Eastern District of V.A
600 Granby ST
District Court
Norfolk, VA 23510
United States

Court

FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 3-26-14

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.